# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                                    Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                            Fax: 718-740-2000
*Employment and Labor Lawyer*                                                        Web: www.abdulhassan.com

### March 28, 2021

**Via ECF**

Hon. Ronnie Abrams, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom: 1506
New York, NY 10007
Tel: 212-805-0162

<u>Re: Chevalier v. Staffpro, Inc. et al</u>
    Case No. 20-CV-07006 (RA)(BCM)
    **Motion for Extension of Time**

Dear Judge Abrams:

    My firm represents plaintiff Nathanael Chevalier ("Plaintiff") in the above-referenced action, and I respectfully write to with the consent of opposing counsel to seek a brief one-week extension of the deadline for the parties to submit a revised settlement agreement. This request is being made because some additional time is needed to confer. No prior request for an extension of this deadline was made.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**       **Defense Counsel via ECF**

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
03/29/2021