# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**April 9, 2021**

**Via ECF**

Hon. Ronnie Abrams, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom: 1506
New York, NY 10007
Tel: 212-805-0162

<u>**Re: Chevalier v. Staffpro, Inc. et al**</u>
**Case No. 20-CV-07006 (RA)(BCM)**
**Motion for Extension of Time**

Dear Judge Abrams:

    My firm represents plaintiff Nathanael Chevalier ("Plaintiff") in the above-referenced action, and I respectfully write to seek a brief one-week extension of the deadline for the parties to submit a revised settlement agreement. This request is being made because despite some progress, the parties still need additional time to craft release language that complies with Your Honor's order. Two prior requests for an extension of this deadline were made and granted.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:    Defense Counsel via ECF

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
04/12/2021