# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                 Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                    Fax: 718-740-2000
*Employment and Labor Lawyer*                                             Web: www.abdulhassan.com

<div align="center">April 16, 2021</div>

**Via ECF**

Hon. Ronnie Abrams, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom: 1506
New York, NY 10007
Tel: 212-805-0162

<div align="center"><u>Re: Chevalier v. Staffpro, Inc. et al</u>
Case No. 20-CV-07006 (RA)(BCM)
Motion for Extension of Time</div>

Dear Judge Abrams:

     My firm represents plaintiff Nathanael Chevalier ("Plaintiff") in the above-referenced action, and I respectfully write to seek a brief one-week extension of the deadline for the parties to submit a revised settlement agreement. This request is being made because despite some progress, the parties still need additional time to craft release language that complies with Your Honor's order. We tried very hard to avoid having to make this request and do not anticipate the need for any further extensions – if the parties cannot agree within the next week, we will notify the Court accordingly. Three prior requests for an extension of this deadline were made and granted.

     I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     Defense Counsel via ECF

Application granted. Further extensions will be granted only upon a showing of good cause.

SO ORDERED.

_____
Hon. Ronnie Abrams
04/19/2021